FRED ARNOLD, Appellant, *v.* THOMAS A. TWOMEY et al., Respondents.

Argued March 6, 1952; decided April 17, 1952.

938

*Emanuel Redfield* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Anthony Curreri* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.